# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No.:1:06-CV-02168 (GK)

vs

STATELINE GLASS & MIRROR, INC., et al.

**SERVICE OF PROCESS ON:** Curtis W. Arft

I, ALEX SCHNEIDER, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 1-6-07
Place of Service: 372 Marshall Dr., Antioch, IL 60002
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
_X_ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: LAURA ARFT
___ By delivering to an officer or person-in-charge or managing agent whose name and title is: _____
___ Other _____

Description of Person Receiving Documents: Male/(Female)  Skin Color White
Hair Color Blo    Age 28  Hgt 5'8"  Wgt 150

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_    1-9-07

Signature of Server    Date


Kent Cprek, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700