# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No.:1:06-CV-02168 (GK)

vs

STATELINE GLASS & MIRROR, INC., et al.

**SERVICE OF PROCESS ON**: Stateline Glass & Mirror, Inc.

I, _Dawn Schneider_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _2-15-07  8:00 pm_
Place of Service:    **372 Marshall Dr., Antioch, IL 60002**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___By personally delivering them into the hands of the person being served
___By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X__By delivering to an officer or person-in-charge or managing agent whose name and title is:
_Curtis Arft_____
___Other_____

Description of Person Receiving Documents (Male) Female   Skin Color _White_
                                          Hair Color _Bro_   Age _40_ Hgt _6'2_ Wgt _200_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_                              _2-19-07_

Signature of Server                        Date

Kent Cprek, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700

AFFIDAVIT OF SERVICE

## United States District Court
## District of Columbia
## International Painters and Allied Trades Industry Pension Fund vs Stateline Glass & Mirror
## CASE NO: 1:06CV02168

On Thursday, February 15, 2007, at 8:00 PM, I served the within described Summons Together With A Copy Of The Complaint In This Action in the manner described below;

I served the within Summons Together With A Copy Of The Complaint In This Action upon the within named Stateline Glass & Mirror by delivering a true copy to Curtis W. Arft an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Numerous attempts were made to serve Stateline Glass & Mirror prior to the personal service on Curtis Arft on February 15, 2007 at 8pm at the address of 372 Marshall Dr, Antioch, IL.

The following are the attempts, and dates/hours listed for surveillance service.

On January 4, 2007 at 11:00am, no answer to the door of the home address.

On January 6, 2007 the personal copy for Curtis was sub served to wife Lana Arft, but the business copy could not be left to her. At that time, Lana stated that the business was not longer in business, Curtis was not home.

On January 13, 2007 at 1:31pm, no answer to the door of the home. There was a black Ford Expedition #7156322, and yellow Jeep Wrangler #WRGLRX in the drive.

On January 15, 2007 at 5;44pm, Investigator Alex Schneider was told that Curtis was not home.

On January 16, 2007 at 7:54pm, Investigator Dawn Schneider arrived to no one coming to the door. Lights were seen to back of home, dogs barking inside, no one came to the door.

**On February 8, 2007** Investigator Mark Schneider went to the home address per request of the client for surveillance to get service done. When he arrived all drapes were pulled, minimal lights were on in the back and no dogs were barking when knocked on the door. No one seen coming or going from location.
Total time on February 8, 2007 1 hour.

**On February 14, 2007** Investigator Frank Bruchsaler went to the home address and stated that no one came to the door, 2nd floor light on in back. No one seen coming or going from location.

Total time at location February 14, 2007 1 hour.

**On February 15, 2007** Investigator Dawn Schneider arrived at the home to find multiple lights on in back and none in the front. No cars in drive and no one seen. A photo was taken of the home in back to show lights on for today and previous attempts here. No one was seen moving around, no one seen coming or going from address so at 8pm so I tried the front door. Dogs were barking and a male voice was heard.

As he opened the door cautiously, he asked who I was. I then showed him my ID stating that I had legal documents for him on behalf of Stateline Glass & Mirror. When he would not state his name, I told him that she knew his personal copy was given to his wife already and this was the copy for the business. He then immediately started saying that he called the next day after service to tell them that the business was closed and clear it up. He did not want to take the documents stating that the business was closed. I then advised that the phone number for the business( Stateline Glass & Mirror) was still listed online for this address with phone number. I then told him to take the documents and call the attorney so that this matter could get cleared up and then our office would hopefully not have to come to this location again. He agreed, took the documents and the investigation was terminated.

Total time for surveillance February 15, 2007 was 1 hour. Total time on this case was 3 hours. No further investigation is being done at this time.

Said service was effected at 372 Marshall Dr, Antioch, IL 60002 home address.

Curtis W. Arft is a White Male approximately 40 years of age, 6' Tall and approximately 190-200 lbs with Brown hair.

I know the person I served was Curtis W. Arft because he so stated it.

I Dawn M. Schneider, swear that I am an adult over the age of 18 years, and I am nota party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

Subscribed and Sworn to before me, February 19, 2007, **Dawn M. Schneider**, Registered Private Detective

Notary Public, State of Illinois
My Commission Expires :

OFFICIAL SEAL
JEFF HIRSCH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/29/09

Our Job Serial Number: 42991