IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br>              Plaintiff ) <br> v. ) <br> ) <br> I.K.I. ARCHITECTURAL GLAZING SYSTEMS ) <br>   a/k/a IKI Architectural Glazing Systems ) <br>   a/k/a IKI Architectural Glazing Systems, Inc.,) <br>   an unincorporated business et al. ) <br> ) <br>              Defendants ) | CIVIL ACTION NO. <br> 1:07-cv-00924 (RCL) |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc. ("Company"), John Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc. ("J. Mahoney" and, together with G. Mahoney, "Individual Defendants" and, together with Company, "Defendants") and Gerald Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc. ("G. Mahoney" and, together with J. Mahoney, "Individual Defendants" and, together with Company, "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal

185580-1

Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

    BY:/s/    Sanford G. Rosenthal
        SANFORD G. ROSENTHAL, ESQUIRE
        (I.D. NO. 478737)
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street, Independence Square
        Philadelphia, PA 19106-3683
        (215) 351-0611

Date: July 18, 2007        Attorney for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN, ESQUIRE
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0660

185580-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> I.K.I. ARCHITECTURAL GLAZING SYSTEMS ) <br> a/k/a IKI Architectural Glazing Systems ) <br> a/k/a IKI Architectural Glazing Systems, Inc.,) <br> an unincorporated business et al. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 1:07-cv-00924 (RCL) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE
### FOR ENTRY OF DEFAULT

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on the Defendants, I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc. ("Company"), John Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc. ("J. Mahoney" and, together with G. Mahoney, "Individual Defendants" and, together with Company, "Defendants") and Gerald Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc. ("G. Mahoney" and, together with J. Mahoney, "Individual Defendants" and, together with Company, "Defendants"), by Buffy Baker, Process Server, who served Defendants at 1822 B West Franklin Street, Evansville, IN 47712, on June 7, 2007 (service on

185580-1

Company and G. Mahoney) and June 18, 2007 (service on J. Mahoney). The Returns of Service have been duly docketed with the Court. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

3. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

4. Defendants are neither infants nor incompetent persons.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: July 18, 2007

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

John Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

Gerald Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

/s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

DATE: July 18, 2007

185580-1