IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>STATELINE GLASS & MIRROR, INC. et al. )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>1:06-CV-02168 (GK) |

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendants, Stateline Glass & Mirror, Inc. ("Company") and Curtis W. Arft ("Individual Defendant" and together with Company "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                  Respectfully submitted,

                                  JENNINGS SIGMOND, P.C.

                          BY:/s/    Sanford G. Rosenthal
                                SANFORD G. ROSENTHAL, ESQUIRE
                                (I.D. NO. 478737)
                                The Penn Mutual Towers, 16th Floor
                                510 Walnut Street, Independence Square
                                Philadelphia, PA 19106-3683
                                (215) 351-0615/0611

Date: July 23, 2007           Attorney for Plaintiff

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

185307-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | |
| TRADES INDUSTRY PENSION FUND ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. |
| v. ) | 1:06-CV-02168 (GK) |
| ) | |
| STATELINE GLASS & MIRROR, INC. et al. ) | |
| ) | |
| Defendants ) | |

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE
## FOR ENTRY OF DEFAULT

Sanford G. Rosenthal, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Stateline Glass & Mirror, Inc. ("Company") on February 15, 2007, by Dawn Schneider, Registered Private Detective, who served Curtis W. Arft, President/Owner of Company at 372 Marshall Drive, Antioch, IL 60002. The Return of Service has been duly docketed with the Court.

3. The Complaint and Summons in this action were served on Defendant, Curtis W. Arft ("Individual Defendant" and together with Company "Defendants") on January 6, 2007, by Alex Schneider, Registered Private Detective, who served Lana Arft, wife of Individual Defendant at their usual place of abode, 372 Marshall Drive, Antioch, IL 60002. The Return of Service has been duly docketed with the Court.

4. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

5. Defendants have not answered or otherwise moved and the time for Defendants to

185307-1

answer or otherwise move has not been extended by Order of the Court.

6. Defendants are neither infants nor incompetent persons.

7. Individual Defendant is not in military service and, inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/   Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: July 23, 2007

185307-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

STATELINE GLASS & MIRROR, INC.
372 Marshall Drive
Antioch, IL 60002

And

CURTIS ARFT
372 Marshall Drive
Antioch, IL 60002

s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: July 23, 2006

185307-1