Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
PENSION FUND

_____

                    Plaintiff(s)

                                                    Civil Action No.  06-2168 (GK)
                                                    _____

          V.


STATELINE GLASS & MIRROR, INC., et al.

_____

            Defendant(s)


RE:  STATELINE GLASS & MIRROR, INC.


## DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint     on     February 15, 2007      , and an

affidavit on behalf of the plaintiff having been filed, it is this 25th  day of ____July____ , 2007 declared

that  defendant(s) is/are in default.




                                        NANCY MAYER-WHITTINGTON, Clerk


                                By: _____
                                                    Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
PENSION FUND

_____

       Plaintiff(s)

    V.

Civil Action No.  06-2168 (GK)
_____

STATELINE GLASS & MIRROR, INC., et al.

_____

    Defendant(s)

RE:  CURTIS W. ARFT

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action
though duly served  with summons and copy of the complaint    on    January 6, 2007    , and an
affidavit on behalf of the plaintiff having been filed, it is this 25th day of ____July____, 2007 declared
that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

                   Deputy Clerk